# NOTES OF CAUSES

## Decided During the Period Comprised in This Volume and not Reported in Full.

No. 3055. EVANS *v.* MASSEY, November Term, 1892. Consent order dismissing an appeal, PER CURIAM, November 23, 1892.

No. 3062. NEW ENGLAND MORTGAGE SECURITY COMPANY *v.* TELFORD, November Term, 1892. This was an order PER CURIAM of December 1, 1892, dismissing defendant's appeal under Rule XI., for failure to file Case and Points and Authorities, as required by Rule VIII.

No. 3063. RUSSELL *v.* RUSSELL, November Term, 1892. Same as No. 3062, *supra.*